◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONDEL STEELE, Appellant. [784 NYS2d 864]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered February 24, 2000, convicting defendant, after a jury trial, of rape in the first and third degrees, sexual abuse in the first degree, and criminal possession of a weapon in the third degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 25 years to life, unanimously affirmed.

Defendant having decided, after the resettlement of the voir dire transcript (*see* 8 AD3d 120 [2004]), not to pursue his claim of reversible error in the court's denial of his for-cause challenge to a prospective juror, the only issue before us is his claim that the prosecutor's summation deprived him of a fair trial. We find that the prosecutor's comments were a fair response to defendant's attack on the complainant's motives and credibility (*see People v Chavez*, 207 AD2d 705, 706 [1994], *lv denied* 84

NY2d 934 [1994]). In any event, the curative instructions given by the trial court both during the prosecutor's summation and in its charge to the jury effectively eliminated any possible prejudice to defendant (*see People v Cantel*, 211 AD2d 536, 536 [1995], *lv denied* 85 NY2d 970 [1995]). Concur—Tom, J.P., Saxe, Ellerin, Marlow and Catterson, JJ.